# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeremiah Sloan,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      3:06cv21-3 & 3:93cr28

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2006 Order.

Sloan v USA                             Doc. 4

                                        FRANK G. JOHNS, CLERK

January 20, 2006                        BY: _____
                                                Cynthia Huntley, Deputy Clerk