# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jeremiah Sloan,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv21-3 & 3:93cr28

**DECISION BY COURT.** This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2006 Order.

January 20, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk